**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

       - v. -            :       INDICTMENT

VINCENT GRANT,                :       07 Cr.

           Defendant.     :
- - - - - - - - - - - - - - - - x

**07CRIM 948**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 0 2007

COUNT ONE

The Grand Jury charges:

On or about May 10, 2007, in the Southern District of New York, VINCENT GRANT, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 22, 1996, in New York State Supreme Court, Bronx County, for criminal possession of a loaded firearm in the third degree, in violation of New York Penal Law 265.02(4), unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded Regent .22 caliber revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VINCENT GRANT,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*                    Oct 10 -07

Foreperson.

*10/10/07 [handwritten notation] Pat 11-1-07 This case is assigned to Judge Stein for all purposes*

*[signature] Mag Judge Peck*