

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007
Fax: (212) 805-7924

MEMO ENDORSED

    Re:    <u>United States v. Vincent Grant</u>
           07 Cr. 948 (SHS)

Dear Judge Stein:

        Enclosed please find a copy of the Indictment in the above-referenced case, which was assigned to Your Honor on October 10, 2007. The defendant was previously arrested pursuant to a Complaint, and was ordered released on bail conditions which have not yet been met. At the initial presentment on the Complaint, David Patton of the Federal Defenders of New York was appointed to represent Mr. Grant. We are currently scheduled to appear before Your Honor for arraignment and an initial conference on Thursday, October 18, 2007, at 4:00 p.m.

        The Government respectfully requests that the Court exclude time in this matter, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), until the conference on October 18, 2007. Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the Government to produce discovery, the defense to review that discovery and to contemplate any motions, and the parties to discuss a possible disposition of this matter. I have spoken to Mr. Patton, and he has consented to the exclusion of time until October 18.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

                        By:  *Jenna M. Dabbs*
                            Jenna M. Dabbs
                            Assistant United States Attorney
                            (212) 637-2212

cc:    David Patton, Esq. (by facsimile)

                                              SO ORDERED 10/12/07

                                              SIDNEY H. STEIN
                                              U.S.D.J.