UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 948 (SHS) |
| -against- | : | ORDER |
| VINCENT GRANT, | : | |
| Defendant. | : | |

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Judgment in a Criminal Case dated January 25, 2008, is corrected as follows:

    On page 1, the "Title & Section" should be 18 U.S.C. 922(g)(1).

Dated: New York, New York
       April 22, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.